UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN C. GREEN,<br><br>    Plaintiff,<br><br> v.<br><br>CDCR, *et al.*,<br><br>    Defendants. | No. 2:14-cv-02854-TLN-AC<br><br><br>ORDER APPOINTING<br>LIMITED PURPOSE COUNSEL |

  Plaintiff is a state prisoner, proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C § 1983. On March 31, 2017, the Court found the appointment of counsel for Plaintiff was warranted and referred the case to the Court's Pro Bono Program Director to attempt to locate pro bono counsel to represent Plaintiff. (ECF No. 23.) Plaintiff will be appointed counsel for the limited purpose of drafting and filing a third amended complaint. Chijioke O. Ikonte has been selected from the Court's pro bono attorney panel to represent Plaintiff for this limited purpose and has agreed to be appointed.

  Accordingly, IT IS HEREBY ORDERED that:

1. Chijioke O. Ikonte is appointed as counsel in the above entitled matter for the limited purpose of meeting with Plaintiff, investigating the claim, and drafting and filing the Third Amended Complaint. The amended complaint is due ninety days from the date of this Order.

2. Chijioke O. Ikonte's appointment will terminate when Plaintiff's amended complaint is filed, or files a notice that an amended complaint would not be appropriate. Prior to the termination of the appointment, the Court will accord counsel the option of discontinuing his representation of Plaintiff or, at his discretion, proceeding as Plaintiff's appointed counsel for purposes of discovery, settlement and/or trial. If counsel does not wish to continue representation of Plaintiff after he has carried out his limited purpose, the Court will consider appointing new counsel for Plaintiff, if deemed appropriate at that time.

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Chijioke O. Ikonte, Akudinobi & Ikonte, 3435 Wilshire Blvd, suite 1520, Los Angeles, CA 90010.

IT IS SO ORDERED.

Dated: April 18, 2017

Troy L. Nunley
United States District Judge