UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN C. GREEN, | No. 2:14-cv-2854 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| CDCR, et al., | |
| Defendants. | |

Shortly after defendants filed an answer in this case, ECF No. 37, and the court issued a Discovery and Scheduling Order, ECF No. 38, defendants moved to revoke plaintiff's in forma pauperis status, ECF No. 39. A decision by the court on defendants' motion remains pending. Defendants and plaintiff have now filed separate discovery motions. See ECF No. 48 & 49. Due to the pendency of defendants' motion to revoke plaintiff's in forma pauperis status, the parties' discovery motions will be denied without prejudice. Additionally, discovery will be stayed and the current deadlines in this action will be vacated until further notice of this court.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' respective discovery motions, ECF Nos. 48 & 49, are denied without prejudice.

////

////

1

2. Discovery is stayed, and the current deadline for filing dispositive motions (August 17, 2018) is vacated, pending further order of this court.

IT IS SO ORDERED.

DATED: May 16, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE