UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN C. GREEN, | No. 2:14-cv-2854 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| CDCR, et al., | |
| Defendants. | |

     In response to the extension of the discovery deadline in this case to February 1, 2019, see ECF No. 56, plaintiff has inquired, "When am I suppose to send the Amended Discovery?" ECF No. 61 at 1. Plaintiff is informed that the extended deadline applies only to the parties' exchange of discovery with each other; plaintiff is not required to send discovery to the court. Unless defendants inform plaintiff they are expecting additional information from him, plaintiff need take no further action concerning discovery at this time.

     By separate orders filed February 1, 2019, this action is set for a settlement conference on April 11, 2019. See ECF Nos. 59, 60. Plaintiff should follow the directions in those orders concerning the submission of his confidential settlement statement and attendance at the settlement conference.

DATED: February 6, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE