UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN C. GREEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-2854 TLN AC P<br><br><br><br>ORDER |

A settlement conference was held in this case on April 11, 2019, but the case did not settle. See ECF No. 64. Discovery closed on February 1, 2019. See ECF No. 56. The deadline for filing dispositive motions, which was stayed pending the settlement conference, will now be reset. Accordingly, IT IS HEREBY ORDERED that the deadline for filing dispositive motions in this case is extended to Friday, July 12, 2019.

DATED: April 15, 2019

　　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE