UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN C. GREEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-2854 TLN AC P<br><br><br>ORDER |

Defendants request a thirty-day extension of time within which to file their dispositive motion. See ECF No. 66. For good cause shown, IT IS HEREBY ORDERED that defendants' request is GRANTED, and the dispositive motion deadline in this case is extended to Friday, August 16, 2019.

DATED: June 27, 2019.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1