UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN C. GREEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　Defendants. | No. 2:14-cv-2854 TLN AC P<br><br><br><br>ORDER |

Plaintiff requests the postponement of this case until the COVID-19 health crisis passes or the facility law library re-opens. Currently pending are the undersigned's findings and recommendations on defendants' motion for summary judgment, recommending the dismissal of this case. ECF No. 85. Plaintiff timely submitted objections to the findings and recommendations, ECF No. 86, and the matter is now before the district judge. Therefore, there are no outstanding deadlines or further proceedings currently pending in this case.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to postpone proceedings, ECF No. 87, is denied.

DATED: April 9, 2020

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE